UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

v.

    Case No. 1:18-cv-1218

    HON. JANET T. NEFF

NICHOLAS JACOB BOGAERT,

    Defendant.
_____/

## ORDER OF REMAND APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed November 27, 2018 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Defendant. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 5) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is REMANDED to the state court from which this case was removed for the reasons stated in the Report and Recommendation.

Dated: December 19, 2018      /s/Janet T. Neff
    JANET T. NEFF
    United States District Judge